AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

CHRISTA BIAS and JUSTIN BIAS

*Plaintiff(s)*

v.

Civil Action No. 4:25-cv-03840

ACCELERATED INVENTORY MANAGEMENT, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ACCELERATED INVENTORY MANAGEMENT, LLC
c/o REGISTERED AGENT
URS AGENTS, LLC
3610-2 N. JOSEY LANE, STE 223
CARROLLTON, TX 75007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mohammed O. Badwan
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: August 21, 2025

s/ H. Lerma
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-03840

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ACCELERATED INVENTORY MANAGEMENT, LLC was
received by me on *(date)* Sep 4, 2025, 11:28 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* TERRI YIN, who is designated by law to accept service of process
on behalf of *(name of organization)* URS AGENTS, LLC THE REGISTERED AGENT FOR ACCELERATED
INVENTORY MANAGEMENT, LLC, on *(date)* Mon, Sep 08 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____
_____ .

I declare under penalty of perjury that this information is true.

Date: 09/08/2025

_____
Server's signature

Tyeriska Thomas - PROCESS SERVER
_____
*Printed name and title*

1045 CORNELL DR, CARROLLTON, TX 75007
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 8, 2025, 9:16 am at 3610-2 NORTH JOSEY LANE, SUITE 223, CARROLLTON, TX 75007 received
by ACCELERATED INVENTORY MANAGEMENT, LLC, BY DELIVERING TO ITS REGISTERED AGENT, URS AGENTS,
LLC, WHERE THE DOCUMENT WAS ACCEPTED BY TERRI YIN, INTAKE SPECIALIST. Age: 60; Ethnicity: Asian
American; Gender: Female; Weight: 120; Height: 5'4"; Hair: Black; Eyes: Brown.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH ORDER AND
NOTICE.