**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| CHRISTA BIAS and JUSTIN BIAS,<br><br>            Plaintiffs,<br><br>v.<br><br>ACCELERATED INVENTORY<br>MANAGEMENT, LLC,<br><br>            Defendant. | Civil Action No.: 4:25-cv-03840 |

**DEFENDANT ACCELERATED INVENTORY MANAGEMENT, LLC'S CERTIFICATE**
**OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) Federal Rules of Civil Procedure, Defendant Accelerated Inventory Management, LLC files its Certificate of Interested Parties who may have a financial interest in the outcome of this case:

Christa Bias
Plaintiff

Justin Bias
Plaintiff

Mohammed Omar Badwan
Plaintiff's Attorney

Sulaiman Law Group, Ltd.
Plaintiff's Counsel

Accelerated Inventory Management, LLC
Defendant

COMES NOW, Defendant Accelerated Inventory Management, LLC and files this Corporate Disclosure Statement pursuant to FRCP 7.1 as follows:

Defendant Accelerated Inventory Management, LLC, by and through its counsel of record, certifies that Defendant is owned by CHESA Holdings, LLC, and no publicly held corporation owns more than 10% of the stock of Defendant.

Dated: September 25, 2025.         Respectfully submitted,

                                   */s/ Xerxes Martin*
                                   Eugene Xerxes Martin, IV
                                   Texas State Bar No. 24078928
                                   TXSD Fed. No. 1384806
                                   **MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
                                   8750 N. Central Expressway, Suite 1850
                                   Dallas, Texas 75231
                                   Telephone: (214) 346-2628
                                   Email: xmartin@mgl.law

                                   *Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF, EMAIL, and/or CMRRR** system to all parties entitled to notice of the same on this 25th day of September, 2025.

                                   */s/Xerxes Martin*
                                   EUGENE XERXES MARTIN IV