**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

CHRISTA BIAS and JUSTIN BIAS,

    Plaintiffs,

v.

ACCELERATED INVENTORY
MANAGEMENT, LLC,

    Defendant.

Case No.: 4:25-cv-03840

Honorable Kenneth M. Hoyt

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:

    1) CHRISTA BIAS and JUSTIN BIAS, Plaintiffs
    2) ACCELERATED INVENTORY MANAGEMENT, LLC, Defendant
    3) Mohammed O. Badwan, Omar T. Sulaiman, Nayeem N. Mohammed, and
       Sulaiman Law Group, Ltd., Attorneys for Plaintiffs

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

-2-

4.)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None

5.)    Check one of the following:

__X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.
                              **-or-**

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Dated: November 7, 2025                              Respectfully submitted,

                              */s/ Mohammed O. Badwan*
                              Mohammed O. Badwan, Esq.
                              Sulaiman Law Group, Ltd.
                              2500 South Highland Avenue
                              Suite 200
                              Lombard, IL 60148
                              Phone: (630) 575-8180
                              mbadwan@sulaimanlaw.com
                              *Counsel for Plaintiffs*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of the Court for the Southern District of Texas by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.